**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01651-CV

**CITY OF DALLAS, Appellant**

**V.**

**DIANE SANCHEZ, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08320-J**

## ORDER

We **GRANT** appellees'/cross-appellant's May 19, 2014 unopposed motion for extension of time to file cross-appellant's reply brief and **ORDER** the brief be filed no later than May 27, 2014.

/s/ ELIZABETH LANG-MIERS
JUSTICE